PO Box 25137
Tampa FL 33622

TouchBistro Inc
1 Little West 12th Street
New York NY 10014

Attorney for TouchBistro
Storm McIntyre
Tucker Albin and Associates Inc
1702 N Collins Blvd Suite 100
Richardson TX 75080

X Capital Funding LLC
14 Wall Street 20th Floor
New York NY 10005

Attorney for X Capital Funding
Michael Vincent
1078 Summit Avenue Suite 104
Jersey City NJ 07307

Forward Financing LLC
53 State Street Suite 1500
Boston MA 02109

Attorney for Forward Financing
Lushan Ramammorthy
53 State Street 20th Floor
Boston MA 02109

Clover Network Inc
415 N Mathilda Avenue
Sunnyvale CA 94085

ADP LLC
1 ADP Boulevard
Roseland NJ 07068

Corporate Offices (Landlord)
499 Patricia Avenue Suite B
Dunedin FL 34698

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee FL 32399

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

App Funding Beta
1375 Broadway Suite 600
New York NY 10018

Attorney for App Funding Beta
David Yomtobian
29 West 36th Street
New York NY 10018

Splash Capital
110 William Street 3rd Floor
New York NY 10038

Attorney for Splash Capital
Yankovich Law
2916 Shell Road
Brooklyn NY 11224

Funding Metrics LLC
1608 Walnut Street Suite 902
Philadelphia PA 19103

Attorney for Funding Metrics
Nicholas J Zabalah
PO Box 1359
Bensalem PA 19020

Torro Funding LLC
420 Lexington Avenue Suite 300
New York NY 10170

Amscot Corporation
600 N Westshore Blvd Suite 1200
Tampa FL 33609

Attorney for Amscot Corporation
Rubina K Shaldjian
Amscot Corporation

VERIFICATION OF CREDITOR MATRIX I declare under penalty of perjury that the creditor mailing matrix submitted with this petition is true, correct, and complete to the best of my knowledge. Miggs Craft Kitchen LLC By: Miguel Rosado, Managing Member Date: *Miguel Rosado* 11/24/25