Fill in this information to identify the case:

Debtor name: Muggs Restaurant LLC

United States Bankruptcy Court for the: Middle District of Florida
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | App Funding Bek 1375 Broadway Suite 600 New York NY 10018 | | Merchant Cash Advance | Disputed | $60,000 | | |
| 2 | Splash Capital 110 William Street 3rd FL New York NY 10038 | | Merchant cash advance | Disputed | $30,000 | | |
| 3 | Funding Metrics LLC 1608 Walnut St Suite 902 Philadelphia PA 19103 | | Merchant cash advance | Disputed | $35,000 | | |
| 4 | Torro Funding 420 Lexington Ave Ste 300 New York NY 10170 | | Merchant cash advance | Disputed | $35,000 | | |
| 5 | Amscott Corporation 600 N Westshore Blvd St 1200 Tampa FL 33609 | | Bank loan | Disputed | $12,000 | | |
| 6 | Torch Bistro Inc 1 Littlewest 12th St New York NY 10014 | | POS System Contract | Disputed | $10,000 | | |
| 7 | X Capital Funding LLC 14 Wall St 20th FL New York NY 10005 | | Merchant cash advance | Disputed | $10,000 | | |
| 8 | Forward Financing 53 State Street Suite 1500 Boston, MA 02109 | | Merchant cash advance | Disputed | $5,000 | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor _Migss Restaurant LLC_　　　　Case number (if known) _____
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |