**Fill in this information to identify the case:**

Debtor _Mrggs Restaurant LLC_

United States Bankruptcy Court for the: _Middle_    District of _Florida_
(State)

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_Florida Department of Revenue_
_5050 W Tennessee Street_
_Tallahassee Florida 32399_

As of the petition filing date, the claim is: $ _55,000_        Priority amount $ _55,000_
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_5 / 1 / 2024_

Basis for the claim:
_Sales tax liability_

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _8_ ) _(c)_

---

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $ _____        $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $ _____        $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor _____Mygss Restewrnt_____
Name

Case number (if known)_____

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |

2._  **Priority creditor's name and mailing address**

$_____   $_____

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2._  **Priority creditor's name and mailing address**

$_____   $_____

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2._  **Priority creditor's name and mailing address**

$_____   $_____

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2._  **Priority creditor's name and mailing address**

$_____   $_____

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor _____ Meggs Restaurant LLC _____
Name

Case number (if known) _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

App Funding Beta
1375 Broadway suite 600
New York NY 10018

Date or dates debt was incurred 4/12/25

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 60,000

Basis for the claim: Merchant cash advance

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

Amscott Corporation
600 N Westshore Blvd suite 1700
Tampa FL 33609

Date or dates debt was incurred 8/1/25

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 12,000

Basis for the claim: Business cash advance

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

Funding Metrics
1608 Walnut St suite 907
Philadelphia PA 19103

Date or dates debt was incurred 12/12/24

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 35,000

Basis for the claim: merchant cash advance

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

Splash Capital
110 William St 3rd FL
New York NY 10038

Date or dates debt was incurred 3/11/25

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 35,000

Basis for the claim: merchant cash advance

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

Torro Funding LLC
420 Lexington Ave suite 300
New York NY 10170

Date or dates debt was incurred 12/12/24

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 35,000

Basis for the claim: merchant cash advance

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

Touch Bistro Inc
1 Little West 12th St
New York NY 10014

Date or dates debt was incurred 5/1/25

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 10,000

Basis for the claim: POS contract/services

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____Mrgg Restaurant LLC_____
Name

Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.**7** | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**3.7** Nonpriority creditor's name and mailing address

Forwad Finnelry LLC

53 State street Suite 1500

Boston MA 02109

Date or dates debt was incurred    1/4/2025

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: merchat cash advance

$ 5,000

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

X Capital Funding LLC

14 Wall St 12th Fl

New York NY 10005

Date or dates debt was incurred    3/16/25

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: merchat cash advance

$ 10,000

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____Miggs Restaurant LLC_____
Name

Case number (if known)_____

## Part 3:    List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Corporate offices 499 Patricia Ave Ste. B Dunedin FL 34698 | Line 2.4 ☐ Not listed. Explain _NOT Behind On rent_ | _ _ _ _ |
| 4.2. | Florida Department of Revenue 5050 W Tennessee St Tallahassee Florida 37399 | Line 2.1 ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.3. | Nicholas J. Zabalan Law offices PO BOX 1359 Bensalem PA 19020 | Line 3.3 ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.4. | Rubina K. Shaldjian Amscott Corporation PO BOX 25137 Tampa Florida 33622 | Line 3.2 ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.1. | Yankovich Law, P.C 2916 Shell Rd Brooklyn New York 11224 | Line 3.4 ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.5. | Storm McIntyre Tucker, Albin & Associates Inc 1702 N.Collin Blvd Suite 100 Richardson Texas 75080 | Line 3.6 ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.6. | Michael Vincent 1078 Summit Ave Suite 104 Jersey City, NJ 07307 | Line 3.8 ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.7. | David Yomtobian    AFB Financial 29 West 36th St 10018 New York NY 10018 | Line 3.1 ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.8. | Torra Billing collections@torro.com | Line 3.5 ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.9. | Lushan Ramamurthy 53 State Street 20th FL Boston MA 02109 | Line 3.7 ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.10. | | Line ____ ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.11. | | Line ____ ☐ Not listed. Explain _____ | _ _ _ _ |

Debtor _____Myss Restarnt LLC_____
Name

Case number (if known)_____

## Part 3:    Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4._ | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._ | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._ | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._ | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._ | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._ | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._ | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._ | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._ | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._ | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._ | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._ | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._ | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._ | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |

Debtor _____Mrggs Peesiaw Al LLC_____
Name

Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a. **Total claims from Part 1**  5a.  $ 55,000

5b. **Total claims from Part 2**  5b.  +  $ 207,000

5c. **Total of Parts 1 and 2**  5c.  $ 262,000
    Lines 5a + 5b = 5c.