Fill in this information to identify the case:

Debtor name __Muggs Restaurant LLC__

United States Bankruptcy Court for the: __Middle__    District of __Florida__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name / Mailing address (Street, City, State, ZIP Code) | | Name | Check all schedules that apply: |
| 2.1 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.2 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.5 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.6 | | | | ☐ D  ☐ E/F  ☐ G |

Official Form 206H                Schedule H: Codebtors                page 1 of ___

Debtor  Miggs Restaurant LLC        Case number (if known) _____
       Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name / Mailing address | Street / City / State / ZIP Code | Name | Check all schedules that apply: |
| 2.__ _____ | Street _____ / City ___ State ___ ZIP Code ___ | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.__ _____ | Street _____ / City ___ State ___ ZIP Code ___ | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.__ _____ | Street _____ / City ___ State ___ ZIP Code ___ | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.__ _____ | Street _____ / City ___ State ___ ZIP Code ___ | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.__ _____ | Street _____ / City ___ State ___ ZIP Code ___ | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.__ _____ | Street _____ / City ___ State ___ ZIP Code ___ | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.__ _____ | Street _____ / City ___ State ___ ZIP Code ___ | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.__ _____ | Street _____ / City ___ State ___ ZIP Code ___ | _____ | ❑ D  ❑ E/F  ❑ G |