Fill in this information to identify the case:

Debtor name __Migas Restaurant LLC__

United States Bankruptcy Court for the: __Middle__ District of __Florida__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B........................................................... $ 0

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B......................................................... $ 0

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B........................................................... $ 0

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............ $ 0

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................ $ 55,000

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F...... + $ 207,000

4. **Total liabilities**.................................................................... $ 262,000
Lines 2 + 3a + 3b

Official Form 206Sum    Summary of Assets and Liabilities for Non-Individuals    page 1